## Arthur A. Stiles, Appellee, v. Board of Trustees of Police Pension Fund of West Chicago Park Commissioners, Appellant.

### Gen. No. 22,799.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. OSCAR E. HEARD, Judge, presiding. Heard in this court at the October term, 1916. Reversed and remanded with directions. Opinion filed April 16, 1917. Rehearing denied May 1, 1917.

### Statement of the Case.

Petition of mandamus by Arthur A. Stiles, petitioner, against the Board of Trustees of the Police Pension Fund of the West Chicago Park Commissioners, respondent, to compel respondent to grant petitioner a pension as captain of police. From a judgment for petitioner, respondent appeals.

JACOB C. LE BOSKY and WILLIAM LEVINE, for appellant.

A. G. DICUS, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL CORPORATIONS, § 143*—*when member of police force of park commissioners is entitled to pension.* Rev. St. ch. 105, sec. 339 (J. & A. ¶ 8286), providing that any person after having served twenty years or more on the regularly constituted police force of the board of park commissioners of certain towns, or whose combined years of service should aggregate twenty years or more, shall be paid a yearly pension "after his service on such police force shall have ceased," construed to mean where the service shall legitimately cease voluntarily or by stress of physical troubles, and not by expulsion or malconduct.

MCSURELY, P. J., dissenting.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.